**Order entered July 7, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00282-CR

**EMILIO SIERRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1566708**

### ORDER

Before the Court is appellant's July 2, 2021 first motion for an extension of time to file his brief. We **GRANT** the motion to the extend we **ORDER** appellant's brief due on August 4, 2021.

/s/　　LANA MYERS
　　　　JUSTICE